22 F.3d 221
 Daniel WEBSTER, Individually and as the Personal
Representative of the Estate of Laurie Webster,
deceased, Plaintiff-Appellant,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 92-36847.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted March 10, 1994.
Decided April 19, 1994.
 
 Edward K. Duckworth, Ronan, MT, for plaintiff-appellant.
 Christine N. Kohl, U.S. Dept. of Justice, Washington, DC, for defendant-appellee.
 Appeal from the United States District Court for the District of Montana, No. CV-89-0112-CCL; Charles C. Lovell, District Judge, Presiding.
 Before: HUG, HALL, and THOMPSON, Circuit Judges.
 
 ORDER
 
 1
 We affirm the district court on the basis of its well-reasoned opinion set forth in Webster v. United States, 823 F.Supp. 1544 (D.Mont.1992).